**[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1256.]**

DAYTON BAR ASSOCIATION *v*. BART.

[Cite as *Dayton Bar Assn. v. Bart*, 1998-Ohio-494.]

(No. 97-1747—Submitted and decided March 23, 1998.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent David R. Bart, a.k.a. David Raymond Bart, Attorney Registration No. 0006559, last known address in Dayton, Ohio.

{¶ 2} The court coming now to consider its order of December 31, 1997, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year, with credit for time served during his interim suspension in case No. 96-2445, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that David R. Bart, a.k.a. David Raymond Bart, be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Dayton Bar Assn. v. Bart* (1997), 80 Ohio St.3d 538, 687 N.E.2d 681.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————